Jesse MORALES, Appellant,

v.

STATE of Missouri, Respondent.

**WD 77780**

Missouri Court of Appeals,
Western District.

ORDER FILED: SEPTEMBER 8, 2015

Daniel Neal McPherson, Jefferson City, MO, Counsel for Respondent

Mark Allen Grothoff, Counsel for Appellant

Before Division Three:  Mark D. Pfeiffer, PJ., Gary D. Witt, and Anthony Rex Gabbert, JJ

## ORDER

Per Curiam:

Jesse Morales appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing.  We affirm. Rule 84.16(b).